**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Dion Taylor, Appellant,

v.

South Carolina Department of Corrections, Respondent.

Appellate Case No. 2017-001061

———————

Appeal From The Administrative Law Court
S. Phillip Lenski, Administrative Law Judge

———————

Unpublished Opinion No. 2018-UP-376
Submitted September 1, 2018 – Filed October 10, 2018

———————

**APPEAL DISMISSED**

———————

Dion Taylor, of North Charleston, pro se.

Kensey Collins, of the South Carolina Department of Corrections, of Columbia, for Respondent.

———————

**PER CURIAM:** Dion Taylor appeals the administrative law court's order affirming the Department of Corrections' calculation and application of his credit for time served. After filing the appeal, Taylor submitted a letter to the court indicating he had been released from prison. Because this court cannot provide effectual relief regarding Taylor's credit for time served, we dismiss the appeal as moot. *See Sloan v. Friends of the Hunley, Inc.*, 369 S.C. 20, 25, 630 S.E.2d 474,

477 (2006) ("Generally, this [c]ourt only considers cases presenting a justiciable controversy."); *id.* at 26, 630 S.E.2d at 477 ("A moot case exists whe[n] a judgment rendered by the court will have no practical legal effect upon an existing controversy because an intervening event renders any grant of effectual relief impossible for the reviewing court."); *Curtis v. State*, 345 S.C. 557, 568, 549 S.E.2d 591, 596 (2001) ("[A]n appellate court can take jurisdiction, despite mootness, if the issue raised is capable of repetition but evading review."); *Sloan*, 369 S.C. at 27, 630 S.E.2d at 478 ("However, the action must be one [that] will truly evade review [for the mootness exception to apply].").

**APPEAL DISMISSED.**[1]

**KONDUROS, MCDONALD, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.